BEFORE THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:19-CR-00006** |
| ) | **JUDGE TRAUGER** |
| JOHN M. POLSTON, ) | |
| ) | **FILED UNDER SEAL** |
| Defendants. ) | |

## MOTION TO CONTINUE SENTENCING
(UNOPPOSED)

**COMES NOW** the Defendant, John M. Polston, by and through counsel, and would rmove to continue the sentencing hearing currently scheduled in the above-styled matter. This motion is unopposed by the government. This case is still under seal,[1] so the Defendant is filing this motion under seal as well. At the time sentencing was scheduled, the parties were aware sentencing would likely be delayed due to the complexity of the case and the likelihood of additional indictment(s) and/or defendants. Mr. Polston is still a cooperating witness, and the United States is still investigating and in the process of potential indictments against targeted individuals. Accordingly, both parties believe it is appropriate to continue sentencing in this case.

**WHEREFORE PREMISES CONSIDERED** the Defendant would move this Honorable Court continue sentencing in this case. With the knowledge that another request may be required, the Defendant would move the Court to continue sentencing 120 days.

**RESPECTFULLY SUBMITTED** this the 3rd day of November, 2021.

---

[1] The Court granted an unopposed government request to partially lift the seal. However, the case is still under seal.

1

JOHN M. POLSTON

By: /s Michael R. Giaimo
MICHAEL R. GIAIMO, BPR#019394
Attorney for the Defendant
204 N. Washington Avenue
Cookeville, Tennessee 38501
(931) 372-7515

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November, 2021, I forwarded the foregoing document by electronic transmission to the case administrator to be filed in this matter, which has been sealed by the Court. I would further certify that a true and exact copy of the foregoing motion has been served upon the following attorneys of record by electronic transmission on the same date:

Sarah K. Bogni
United States Attorney's Office (Nashville Office)
Middle District of Tennessee
110 Ninth Avenue, Suite A961
Nashville, Tennessee 37203-3870
615-736-5151
sarah.bogni@usdog.gov;

Amanda J. Klopf
United States Department of Justice Criminal Division
United States Attorney's Office
110 9th Avenue South, Suite A-961 Nashville, TN 37203
615-736-5151
amanda.klopf@usdog.gov

                                        /s Michael R. Giaimo
                                        Michael R. Giaimo

2

Case 2:19-cr-00006   Document 71   Filed 11/03/21   Page 2 of 2 PageID #: 194